UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 3: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

KATHLEEN FLYNN,

    Plaintiff,

v.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, JOHN ROSSI, and WILLIAM DEVLIN,

    Defendants.

Civ. Action No. 04-12349-RCL

## NOTICE OF APPEARANCE OF HERBERT L. HOLTZ AND JAMES SCHUH

Herbert L. Holtz, Esq. and James Schuh, Esq. of Holtz and Reed, LLP hereby give notice of their appearance in the above-referenced case as legal counsel to Defendants Massachusetts Bay Transportation Authority, John Rossi and William Devlin.

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, JOHN ROSSI, and WILLIAM DEVLIN,
By their Attorneys,

_____
Herbert L. Holtz, B.B.O. #554843
James Schuh, BBO #556857
Holtz & Reed, LLP
25 New Chardon Street
Boston, MA 02114
(617) 720-0501

Dated: February 11, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/11/05.