UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 14 P 3: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| KATHLEEN FLYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 04-12349-RCL |
| ) | |
| MASSACHUSETTS BAY TRANSPORTATION ) | |
| AUTHORITY, JOHN ROSSI, and WILLIAM ) | |
| DEVLIN, ) | |
| ) | |
| Defendants. ) | |

## PARTIES' JOINT MOTION TO EXTEND TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

The parties to the above-captioned case respectfully move the Court for an order enlarging the time in which Defendants Massachusetts Bay Transportation Authority, John Rossi, and William Devlin have to answer or otherwise respond to Plaintiff's complaint from February 14, 2005 to March 1, 2005.  As grounds, the parties state acceptance of service through waiver was just recently completely and filed with the Court (on or about January 17, 2005); MBTA has referred the case to outside counsel; and defense counsel is in the process of investigating

1

Plaintiff's allegations and claims in order to respond.

| | |
|---|---|
| KATHLEEN FLYNN, | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, JOHN ROSSI, and WILLIAM DEVLIN, |
| By her Attorneys, | By their Attorneys, |
| *Richard A. Mulhearn / HLH* | |
| Richard A. Mulhearn, BBO #359680 | Herbert L. Holtz, B.B.O. #554843 |
| Law Office of Richard A. Mulhearn | James Schuh, BBO #556857 |
| 41 Elem Street | Holtz & Reed, LLP |
| Worcester, MA 01609 | 25 New Chardon Street |
| 508-753-9999 | Boston, MA 02108 |
| | (617) 720-0501 |

Dated: January 28, 2005

## RULE 7.1 CERTIFICATION

I hereby certify I conferred with defense counsel in a good faith effort to resolve or narrow the issues which are the subject of this motion.

_____
Herbert L. Holtz