UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN A. FLYNN,<br>Plaintiff, | )<br>)<br>) |
| v. | ) DOCKET NO. 04-12349-RCL |
| MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOHN ROSSI and WILLIAM DEVLIN,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION OF PLAINTIFF AND PLAINTIFF'S COUNSEL

The undersigned hereby certify that we have conferred:

a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Kathleen A. Flynn
Plaintiff

_____
Richard A. Mulhearn
Counsel for Plaintiff

Dated: April 21, 2005.