UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-CV-12349-RCL

KATHLEEN A. FLYNN )
    Plaintiff )
)
v. )
)
MASSACHUSETTS BAY )
TRANSPORTATION AUTHORITY, )
JOHN ROSSI, and WILLIAM DEVLIN )
    Defendants )

**DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), Defendants, Massachusetts Bay Transportation Authority, John Rossi, and William Devlin, hereby certify and affirm that they and counsel for Defendants have conferred:

    a.    with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and,

    b.    to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
by its Authorized Representative

_/s/ William A. Mitchell, Jr._
William A. Mitchell, Jr.
General Counsel

_/s/ John Rossi_
John Rossi

_/s/ William Devlin_
William Devlin

By their attorneys,

/s/ Herbert L. Holtz
Herbert L. Holtz BBO #554843
James A. Schuh BBO #556857
Holtz & Reed LLP
25 New Chardon Street
Boston, MA 02114
617-720-0501

Date: April 25, 2005

## CERTIFICATE OF SERVICE

I, James A. Schuh, certify that on April 28, 2005, I caused this document to be served by ~~first-class U.S. Mail~~ on Richard A. Mulhearn, Esq., counsel to plaintiff Kathleen A. Flynn.

/s/ James A. Schuh
James A. Schuh

2