UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN A. FLYNN,<br>    Plaintiff, | )<br>)<br>) |
| v. | )  DOCKET NO. 04-12349-RCL<br>) |
| MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOHN ROSSI and WILLIAM DEVLIN,<br>    Defendants. | )<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND TIME FOR COMPLETION OF DEPOSITIONS

The parties respectfully move to extend the time for completion of depositions from 12/31/05 to 3/31/06. This is the first extension requested by the parties. In support of this motion, the parties state:

1. The parties are in the midst of responding to written discovery requests in this employment discrimination case. A number of discovery issues have arisen that the parties are attempting to resolve without the need for judicial assistance.

2. An extension of time for the completion of depositions is requested from 12/31/05 to 3/31/06. The additional time is needed, among other reasons, in order to exhaust written discovery so that the issues can be narrowed and the parties can schedule and take appropriate depositions informed by written discovery responses. Moreover, with the holiday season upon us, scheduling difficulties would likely make the current deadline impracticable.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the deadline for completion of depositions be extended from 12/31/05 to 3/31/06, with the subsequent deadlines similarly extended.

2

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By her attorney, | By their attorneys, |

  /s/ Richard A. Mulhearn_____                  /s/ James A. Schuh _____

Richard A. Mulhearn, BBO #359680        Herbert L. Holtz, BBO #554843  
Law Office of Richard A. Mulhearn, P.C.   James A. Schuh, BBO #556857  
41 Elm Street                                               Holtz & Reed, LLP  
Worcester, MA 01609                     25 New Chardon Street  
(508) 753-9999                                   Boston, MA 02114  
                                                           (617) 720-0501

November 18, 2005.