UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN A. FLYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Docket No. 04-12349-RCL |
| | ) |
| MASSACHUSETTS BAY | ) |
| TRANSPORTATION AUTHORITY, | ) |
| JOHN ROSSI and WILLIAM DEVLIN, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT: Please enter my appearance as an attorney for defendants Massachusetts Bay Transportation Authority, John Rossi, and William Devlin.

Respectfully submitted,

/s/ Eugene Sullivan
_____
Eugene J. Sullivan III
BBO# 656497
HOLTZ & REED, LLP
25 New Chardon Street
Boston MA 02114
Dated: 18 Nov. 05          (617) 720-0501

- 1 -