UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN A. FLYNN, )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY, )<br>JOHN ROSSI and WILLIAM DEVLIN, )<br>  Defendants. ) | DOCKET NO. 04-12349-RCL |

**JOINT MOTION TO EXTEND TIME FOR COMPLETION OF DEPOSITIONS**

  The parties respectfully move to extend the time for completion of depositions from 3/31/05 to 5/31/06.  In support of this motion, the parties state:

  1. This is an employment discrimination case involving events that took place over the course of more than five years, a substantial volume of documents and numerous potential witnesses, most of whom are non-party witnesses.

  2. The parties have exchanged written discovery requests.  Defendants have produced a large volume of documents.  Various discovery issues have arisen regarding responses to written discovery requests that the parties have attempted and will continue to attempt to resolve without the need for judicial assistance.

  3. Defendants have conducted one session of Plaintiff's deposition.  The parties have been unable to schedule the completion of Plaintiff's deposition, but have been unable to do so because Dr. Lilia Feinberg, the Plaintiff's treating psychiatrist, has thus far failed to turn over her records to the Plaintiff, despite repeated requests from Plaintiff's counsel.   Until Defendants' counsel has received copies of those records, and had an opportunity to review them, the

2

Defendants cannot conclude the Plaintiff's deposition. Furthermore, the Defendants plan to depose Dr. Feinberg, but obviously cannot do so until Dr. Feinberg has turned over her records.

4. Plaintiff noticed twenty-one depositions. The parties have agreed to schedule ten of those depositions at this time consistent with the limitation on the number of depositions per the local rules. The scheduled depositions include a 30(b)(6) deposition of the MBTA, which likely will involve a number of deponents.

5. The parties are attempting to schedule and complete the depositions at the earliest practicable time, consistent with the schedules of the witnesses and counsel. It will not be possible to complete the depositions within the current deadline of 3/31/06.

6. Complicating the scheduling of these depositions is the fact that Plaintiff's counsel will be on trial during the entire last week of March 2006.

7. The parties are mindful and respectful of the Court's desire to avoid unnecessary delay, but hope that under the circumstances the Court will allow this joint motion.

8. In further support of this motion, both parties agree to the need for the extension and neither side will be prejudiced as a result.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the deadline for completion of depositions be extended from 3/31/06 to 5/31/06, with all subsequent deadlines similarly extended.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By her attorney, | By their attorneys, |
| /s/ Richard A. Mulhearn | /s/ James A. Schuh |
| Richard A. Mulhearn, BBO #359680 | Herbert L. Holtz, BBO #554843 |
| Law Office of Richard A. Mulhearn, P.C. | James A. Schuh, BBO #556857 |
| 41 Elm Street | Holtz & Reed, LLP |
| Worcester, MA 01609 | 25 New Chardon Street |
| (508) 753-9999 | Boston, MA 02114 |
|  | (617) 720-0501 |

March 3, 2006