UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KATHLEEN A. FLYNN,<br>          Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOHN ROSSI and WILLIAM DEVLIN,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO. 04-12349-RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties dismiss this action with prejudice. Each party is to bear its own costs and attorneys' fees. Each party waives all rights of appeal.

KATHLEEN A. FLYNN

By her attorney,

_____
Richard A. Mulhearn, Jr.
BBO # 359680
Law Offices of Richard Mulhearn
41 Elm St.
Worcester, MA 01609
508-753-9999

Date: August 18, 2006

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
JOHN ROSSI, and WILLIAM
DEVLIN

By their attorneys,

_____
Herbert L. Holtz BBO #554843
James A. Schuh BBO #556857
Holtz & Reed LLP
25 New Chardon Street
Boston, MA 02114
617-720-0501